# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA JUNG MEE CHUNG, | Case No. SACV 17-1582-DMG (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| BEHAVIORAL SYSTEMS SOUTHWEST, INC., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: February 21, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE